EDWIN L. DeCAMBRA, Appellant-Appellant, *v.* JOSHUA
C. AGSALUD, Director of the Department of Labor and
Industrial Relations, State of Hawaii, Appellee-Appellee

NO. 6616

JULY 11, 1980

RICHARDSON, C.J., OGATA, MENOR, JJ.,
RETIRED JUSTICE KOBAYASHI AND CIRCUIT JUDGE LUM,
ASSIGNED BY REASON OF VACANCIES

*Per Curiam.* Appellant Edwin L. DeCambra is a claimant
who applied for unemployment insurance benefits in 1975
under chapter 383, Hawaii Employment Security Law. Fol-
lowing an informal interview with the Department of Labor
claims examiner, appellant was declared to be ineligible for
the claimed benefits as he was determined to be not "avail-
able for work" under Hawaii Revised Statutes § 383-29(a)(3)
and his claim was denied.

The decision of the claims examiner was upheld by the
Department's referee following a de novo hearing, and the
referee's decision was likewise upheld by the circuit court
upon appeal.

This appeal presents the identical issues resolved in the
prior case of *Ainoa v. Unemployment Compensation Appeals
Division*, 62 Haw. 286, 614 P.2d 380 (1980).

On the basis of *Ainoa*, this case is reversed and re-
manded.

*Max W. J. Graham, Jr.* (Legal Aid Society of Hawaii of
counsel), for appellant-appellant.

*Philip S. Uesato*, Deputy Attorney General, for appellee-
appellee.